In the Matter of BERTRAM L. TAYLOR, Respondent, *v.* BOARD OF EDUCATION OF THE CITY OF NEW ROCHELLE, Appellant.

Argued March 7, 1946; decided April 18, 1946.

*Aaron Simmons*, Corporation Counsel (*John A. Bodmer* of counsel), for appellant.

*Henry Amster* for Joseph Peck and others, *amici curiæ* in support of appellant's position.

*A. Mark Levien* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.